IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| KATRINA GIBSON, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-103 (WLS) |
| | * |
| STATE FARM FIRE AND CASUALTY COMPANY, | * |
| Defendant. | * |

## JUDGMENT

Pursuant to this Court's Order dated February 10, 2025, and for the reasons stated therein, JUDGMENT is hereby entered remanding this case to the Superior Court of Lowndes County, Georgia.

This 10th day of February, 2025.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk